UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARVEY M. MACLIN, as Personal
Representative of the Estate of
KAREN L. MACLIN, deceased

       Plaintiffs,

v.                                  Case No.  8:07-cv-1398-T-24MSS

GENERAL MOTORS CORPORATION,
a Delaware Corporation, ALICIA L. GUERRERO,
SIXTO GUERRERO and NANCY P. GUERRERO,

       Defendants.
_____/

## ORDER

       This cause comes before the Court on Plaintiffs' Motion for Remand (Doc. No. 5).  On

July 12, 2007, Plaintiffs filed a complaint against Defendants in the Circuit Court of the Twelfth

Judicial Circuit in and for Sarasota County, Florida.  On August 8, 2007, Defendants filed their

notice of removal to the United States District Court for the Middle District of Florida, pursuant

to 28 U.S.C. § 1446.  On September 6, 2007, Plaintiffs filed the instant motion to remand, and on

September 20, 2007, Defendants filed a notice with the Court of their non-objection to Plaintiffs'

motion to remand (Doc. No. 7).

       Having considered the motion and being otherwise fully advised, it is ORDERED AND

ADJUDGED that Plaintiff's Motion for Remand (Doc. No. 5) is GRANTED.  The Clerk is

directed to remand the instant case to the state court where it was originally filed and to close the

case.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record